IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO RAMKALLIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **LATONA TRUCKING INC., LEO** | : | |
| **LATONA SR, JOSEPH LATONA and** | : | |
| **CHARLES LATONA SR** | : | **N0. 02-3728** |

**O R D E R**

     **AND NOW,** this _____ day of August, 2002, upon consideration of the defendants' Motion to Transfer Venue (Doc. #2) and plaintiff's concurrence, as all of the parties, witnesses and relevant physical evidence in this case are located in Luzerne County and most of the events giving rise to this action occurred there; and, as it thus clearly appears that the requested transfer would significantly convenience the parties and witnesses, and would be in the interest of justice, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and the above action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania at Scranton.

                                               **BY THE COURT:**

                                               _____

                                             **JAY C. WALDMAN, J.**